**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Estela Mulugeta,　　　　　　　　　　　　　　Civ. No. 19-2648 (SRN/LIB)

　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　**ORDER**

Aetna Insurance Company,

　　　　　　　Defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. This matter is **DISMISSED without prejudice** for lack of subject-matter jurisdiction; and

2. Plaintiff Estela Mulugeta's application to proceed in forma pauperis, [Docket No. 2], is **DENIED as moot**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

DATED: December 20, 2019　　　　　　　s/Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　　　　　　　United States District Judge